IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ROBINSON,
    Petitioner,

vs.                                       Case No. 5:08cv335/SPM/EMT

RONALD HONEYCUTT,
    Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, as well as a motion to proceed in forma pauperis with supporting documentation from his inmate account (Docs. 1, 6). From a review of the inmate account records, Petitioner had an average monthly amount of $135.00 deposited into his prison account during the six-month period preceding the filing of his petition. Therefore, Petitioner shall be required to pay the $5.00 fee.

Accordingly, it is **ORDERED**:

1.     Petitioner's application to proceed in forma pauperis (Doc. 6) is **DENIED**. Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order. The check should be made payable to "Clerk, U. S. District Court."

2.     Failure of Petitioner to either submit this amount or explain his inability to do so may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 22nd day of December 2008.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**