IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ROBINSON,
    Petitioner,

vs.                             Case No. 5:08cv335/SPM/EMT

SCOTT A. MIDDLEBROOKS, Warden[1]
    Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1). The filing fee has been paid and the petition is in proper form, therefore, Respondent shall be required to respond.

Accordingly, it is **ORDERED**:

1.    The clerk is directed to furnish a copy of the petition and a copy of this order to Respondent and the United States Attorney for this District. Additionally, the clerk shall change the docket to reflect that Scott A. Middlebrooks, Warden of FCI-Marianna, is the sole Respondent in this case.

2.    Respondent shall have **SIXTY (60) DAYS** from the date of docketing of this order to show cause, if any, why the relief requested should not be granted.

**DONE AND ORDERED** this 16th day of January 2009.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] The court notes that Petitioner named a staff member of the correctional facility where he is in custody as Respondent. Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the person who has custody over Petitioner; therefore, the court will direct the clerk to change the docket to reflect that Scott A. Middlebrooks, the warden of the facility where Petitioner is in custody, is the sole Respondent in this case.