IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN ROBINSON,

    Petitioner

vs.                                        CASE NO.: 5:08-cv-335-SPM-EMT

IKE EICHENLAUB,

    Respondent
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 16). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is *adopted* and incorporated by reference in this order.

2. Petitioner's habeas corpus petition is denied, as it is plain that Petitioner is not entitled to any relief.

DONE AND ORDERED this twenty-eighth day of August, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge